IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARY E. SMITH,

        Plaintiff,

vs.                                  Civil Action 2:09-CV-205
                                       Judge Sargus
                                       Magistrate Judge King

FIRST FRANKLIN FINANCIAL
CORPORATION, *et al.*,

        Defendants.

## ORDER

On March 18, 2009, the United States Magistrate Judge issued a *Report and Recommendation* granting leave to proceed *in forma pauperis*, but recommending that, because the action appeared to be foreclosed either by *res judicata* or lack of jurisdiction, it be dismissed. The plaintiff was specifically advised of her right to object to the *Report and Recommendation* and of the consequences of her failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

5-15-2009
Date

Edmund A. Sargus, Jr.
United States District Judge