AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARY E. SMITH,**
    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**FIRST FRANKLIN FINANCIAL**     CASE NO. C2-09-205
**CORPORATION, et al.,**     JUDGE EDMUND A. SARGUS, JR.
    **Defendants.**     MAGISTRATE JUDGE NORAH MCCANN KING

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed May 15, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: May 15, 2009            JAMES BONINI, CLERK

                         */S/ Andy F. Quisumbing*
                         (By) Andy F. Quisumbing
                         Courtroom Deputy Clerk